IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 06-CIV-20412   COOKE/BROWN
CONSOLIDATED

B&M NATIONAL AUTOMATION, LLC,

    Plaintiff,

v.

AMX CORPORATION,

    Defendant,

CIMAX USA, LLC,

    Intervener.

_____/

AMX LLC, a Delaware Limited Liability Company,

    Plaintiff,

v.

AVEX GROUP, INC., et al.

    Defendants.

_____/

**AGREED ORDER GRANTING JOINT MOTION CONCERNING PLAINTIFFS'
AMENDED MOTION TO COMPEL [DE 222] AND EXTENSION OF THE FACT
DISCOVERY, EXPERT DISCLOSURES AND DISPOSITIVE MOTIONS
DEADLINES**

THIS matter is before the Court on the parties' Joint Motion Concerning Plaintiffs

Amended Motion to Compel and Extension of the Fact Discovery, Expert Disclosures and

Dispositive Motions Deadlines. The Court has considered said motion and all pertinent materials in the file, and being otherwise fully advised in the premises it is hereby

**ORDERED AND ADJUDGED** that the parties' Joint Motion Concerning Plaintiffs' Amended Motion to Compel [DE # 222] and Extension of the Fact Discovery, Expert Disclosures And Dispositive Motions Deadlines is hereby *GRANTED.*

**FURTHER ORDERED AND ADJUDGED** that the fact discovery, expert disclosure and dispositive motions deadlines shall be extended for a period of sixty days (60), as follows:

**Fact Discovery** - The fact discovery cut-off for the parties to complete the *limited* discovery set forth in the Joint Motion shall be **October 16, 2007.** The limited fact discovery must be completed by this date.

**Expert Discovery** - On or before **October 23, 2007**, Plaintiffs must furnish an expert witness list to AMX, along with summaries/reports required by Local Rule 16.1K and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Plaintiffs shall make its experts available for deposition by AMX.

On or before **November 6, 2007**, AMX must furnish an expert witness list to Plaintiffs, along with summaries/reports required by Local Rule 16.1K and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, AMX shall make its experts available for deposition by Plaintiffs.

The expert discovery cut-off shall be **November 20, 2007.** All expert discovery must be completed by this date.

**Dispositive Motions** – The deadline for filing dispositive motions shall be **December 4, 2007.**

**IT IS FURTHER ORDERED AND ADJUDGED**, that the parties shall participate in

mandatory mediation on or before September 24, 2007.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida, this 29th day of August 2007.

THE HONORABLE STEPHEN BROWN
U.S. MAGISTRATE JUDGE

Copies Furnished to:

Gail A. McQuilkin, Esq.
Detra Shaw-Wilder, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon
Coral Gables, FL 33134

Eduardo I. Rasco, Esq.
Rosenthal, Rosenthal & Rasco
2875 N.E. 191 Street, Suite 500
Aventura, Florida 33180

#279312 - 1